EL PUEBLO, DEMANDANTE Y APELADO, *v.* FERNÁNDEZ, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Segunda, en causa por infracción al artículo 2 del Acta Jones.

No. 1517.—Resuelto en julio 30, 1920, por los fundamentos del caso No. 1492, *El Pueblo* v. *Torres*, de julio 30, 1920, (pág. 835).

Abogado del apelante: *Sr. A. Trujillo.*

Abogado del apelado: *Sr. J. E. Figueras, Fiscal.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

En el presente caso se imputó al acusado Fernández una infracción al artículo 4 de la Ley 69 de diciembre 5, 1917, pero tanto la denuncia como las pruebas lo que revelan es una infracción al artículo 2 del Acta Jones. Por ese motivo no solo la defensa, si que también el Ministerio Fiscal, en esta Corte Suprema, pidieron la revocación de la sentencia y la absolución del acusado.

Además, aunque se concluyera que no obstante indicarse en la denuncia que se acusaba a Fernández de la infracción mencionada, podría condenársele de la que en realidad de verdad se le imputó y cometió, tendría siempre que resolverse que tanto la corte municipal y la de distrito que antes intervinieron, como esta Corte Suprema que ahora actúa, carecen de jurisdicción para conocer del delito imputado y cometido, de acuerdo con la decisión de esta Corte Suprema que acaba de dictarse en el caso de *El Pueblo* v. *Torres,* No. 1492, (pág. 835).

En su consecuencia opinamos que debe revocarse la sentencia apelada y sobreseerse la causa, quedando en libertad el acusado y cancelándose la fianza que tiene prestada para ello.

> *Revocada la sentencia apelada y absuelto el acusado.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.